IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROB TAYLOR and MARI J. TAYLOR**                                                      **PLAINTIFFS**

**5:12CV05258-BRW**

**GENERAL ELECTRIC COMPANY**                                                      **DEFENDANT**

**ORDER**

Based on the Stipulation of Dismissal, this CASE is DISMISSED with prejudice, subject to the terms of the settlement agreement. This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 19th day of December, 2013.

                                                   /s/ Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE